**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BEULAH FARQUHARSON, VICKY WEATHERMAN, and CLEO McCLAIN,**

**Plaintiffs,**

-vs-                                                                                       Case No. 6:08-cv-989-Orl-28DAB

**CONNIE CLICK, in her capacity as Osceola County, Florida Supervisor of Elections, and KURT S. BROWNING, in his capacity as Secretary of State of the State of Florida,**

**Defendants.**

## ORDER AND ORDER TO SHOW CAUSE

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR ADDITIONAL TIME AND TO ACCEPT FINANCIAL AFFIDAVITS [AS ALREADY PRESENTED] (Doc. No. 10)
>
> **FILED:** June 23, 2008
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

In this ballot access case, Plaintiffs sought to qualify under the Florida Election Code's alternative qualifying process as potential candidates for the offices of Osceola County Supervisor of Elections, Property Appraiser, and Tax Collector; they allege many signatures from their petitions were erroneously rejected by the Supervisor of Elections. Doc. No. 1. Plaintiffs originally filed an "Emergency" Motion for Declaratory, Preliminary Injunctive Relief" (Doc. No. 1), which Judge

Antoon denied insofar as it sought a temporary restraining order, treating the motion as a motion for a preliminary injunction, and setting the matter for hearing on July 2, 2008. Doc. No. 9. Judge Antoon further ordered that Plaintiffs were to serve Defendants with all of the papers filed in the action and serve and file a proposed form of preliminary injunction by 12:00 noon on Monday, June 23, 2008. Doc. No. 9. Plaintiff Beulah Farquharson states in the pertinent portion of the "Motion for Additional Time" that she was unable to meet to meet the noon deadline and seeks leave for filing of the papers two hours late, at 2:30 p.m. on June 23, 2008. This portion of the Motion is **GRANTED in part** and, without regard to the merits of the papers filed by Plaintiff Farquharson (Doc. No. 11), the Court will treat the documents as timely filed and Judge Antoon will evaluate them on the merits as appropriate in the case.

In the second portion of the Motion, Plaintiff Farquharson moves the Court to "accept the financial affidavits because Plaintiffs truly cannot afford today to pay the fee." Doc. No. 10 at 2. On June 28, 2008, the Court denied without prejudice all three Plaintiffs' Motions for Leave to Proceed In Forma Pauperis (Doc. Nos. 2, 4, 6) because of defects in their financial affidavits, which did not disclose an accurate picture of Plaintiffs' subsistence or assets. Doc. No. 8. Instead of refiling more detailed affidavits or explaining what assets Plaintiffs are relying on to live (which might be available to pay the $350 filing fee), Ms. Farquharson states:

> We are all in Real Estate but we each have not had any sales in the last few months and we are cash negative. Vicki just started a job today, Cleo has 3 kids to spend so her funds are not going far, and I spent all my time last few months spearheading a group of volunteers to get 6000 signatures to qualify 4 democratic candidates to get on the Osceola County ballot, (a full time job with no pay of curse), which have now lead us to this Petition in Court for what we believe is several violations of our State and Constitutional Rights.

Doc. No. 10 (mistakes in original). The Motion is **DENIED**. Applications to Proceed *In Forma Pauperis* requires a signature "under penalty of perjury." Plaintiff Farquharson is not authorized to

make representations about the financial conditions and sign "on behalf of" the other two Plaintiff Weatherman and Plaintiff McClain. Doc. No. 10. In addition, Plaintiff Farquharson's statements do not identify her own assets or those of the other Plaintiffs – beyond identical $100 amounts in checking accounts – or explain what income Plaintiffs are using for subsistence.

Plaintiffs shall show cause in writing by June 27, 2008 why their case should not be **DISMISSED** for failure to properly and individually supplement their financial affidavits and or pay the filing fee.

**DONE** and **ORDERED** in Orlando, Florida on this 24th day of June, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties